PROB 12C
(7/93)

Report Date: March 20, 2012

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Guadalupe Viveros-Monge | Case Number: 2:10CR06087-001 |
| Address of Offender: incarcerated at the San Diego, California, MMC | |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 11/24/2010 | |
| Original Offense: | Alien in U.S. After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: Prison - 8 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Alexander Carl Ekstrom | Date Supervision Commenced: 5/29/2011 |
| Defense Attorney: Alison K. Guernsey | Date Supervision Expires: 5/28/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: The defendant illegally reentered the United States without permission on or about March 17, 2012. |
| | Information received from the United States Immigration and Customs Enforcement, indicates the defendant was deported to Mexico on June 8, 2011, at the Hidalgo, Texas, border, and has not obtained legal permission to reenter the United States. On March 17, 2012, the defendant was found in the Southern District of California, and charged with Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326. |

Prob12C
Re: Viveros, Guadalupe J
March 20, 2012
Page 2

2   **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On March 19, 2012, a criminal complaint was filed with the United States District Court in the Southern District of California, charging the defendant with Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326, magistrate number 3:12MJ0969-001.

According to the criminal complaint, on March 17, 2012, the defendant was found in the Southern District of California. On March 19, 2012, the defendant made an initial appearance before the Honorable Jan M. Alder, U.S. Magistrate Judge in San Diego, California. The defendant was detained pending further action by the Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/20/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*
Signature of Judicial Officer

March 20, 2012
Date